UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BIANNCA VERA and JOSE VERA, individually, and on behalf of all other similarly situated consumers,<br><br>      Plaintiffs,<br> vs.<br>ASHWOOD FINANCIAL, INC.,<br><br>      Defendant. | Case No.: 2:19-cv-00344<br><br>**RENEWED MOTION FOR DEFAULT JUDGMENT** |

  Plaintiffs hereby renew their motion to the Court to enter default judgment upon Defendant Ashwood Financial, Inc. ("Defendant" or "Ashwood") pursuant to Federal Rule of Civil Procedure 55(b) for failure to plead or otherwise defend the above captioned action. Plaintiff relies on the attached memorandum of law in support.

  This case arises under violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.,* (hereinafter "FDCPA"). The Court has previously found that Defendant's dunning letters to both Plaintiffs violated §§ 1692g. [ECF 8], p. 4. Specifically, Plaintiffs alleged that in these collection letters, Defendant fails to effectively inform the consumers of the rights under the FDCPA by materially deviating from the statutory language and not advising consumers that written notices are required, pursuant to §§ 1692g(a)(4) and (a)(5). The Court found that this language could confuse the least sophisticated consumer. However, the Court denied the motion without prejudice for a more thorough examination of the alleged damages.

  WHEREFORE, Plaintiffs respectfully renew their request that the Court grant this Motion in its entirety and enter Judgment in favor of the Plaintiffs.

Dated July 28, 2020.

Respectfully Submitted,

/s/ Daniel Zemel, Esq.
Daniel Zemel, Esq.
Nicholas Linker, Esq.
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
T: 862-227-3106
F: 973-282-8603
dz@zemellawllc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2020 a true and correct copy of the foregoing document was sent to Defendant via certified mail.

*/s/ Daniel Zemel*
Daniel Zemel, Esq.